CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 10 2018

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:18CR23 |
| | : | |
| JEREMY CHARLES OLINGER | : | |
| MICHELLE RENEE BOARDWINE | : | Violations: 21 U.S.C. § 841 |
| WESTLEY ADAM CONLEY | : | 21 U.S.C. § 846 |
| AMANDA CRYSTAL MOORE | : | 21 U.S.C. § 860 |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about and between September 10, 2015, and November 18, 2016, in the Western District of Virginia and elsewhere, JEREMY CHARLES OLINGER, MICHELLE RENEE BOARDWINE, WESTLEY ADAM CONLEY, and AMANDA CRYSTAL MOORE, and other persons known and unknown to the Grand Jury, knowingly conspired with each other and others to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

## COUNT TWO

The Grand Jury charges that:

1. On or about November 18, 2016, in the Western District of Virginia and elsewhere, JEREMY CHARLES OLINGER, as a principal and aider and abettor, knowingly and intentionally distributed and possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THREE

The Grand Jury charges that:

1. On or about December 16, 2016, in the Western District of Virginia and elsewhere, MICHELLE RENEE BOARDWINE, as a principal and aider and abettor, knowingly and intentionally distributed and possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

USAO#2018R00074

## COUNTS FOUR through THIRTEEN

The Grand Jury charges that:

1. On or about the following dates, in the Western District of Virginia and elsewhere, MICHELLE RENEE BOARDWINE, as a principal and aider and abettor, knowingly and intentionally distributed and possessed with the intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

| COUNT | DATE |
| --- | --- |
| FOUR | April 28, 2016 |
| FIVE | August 19, 2016 |
| SIX | August 21, 2016 |
| SEVEN | August 24, 2016 |
| EIGHT | August 26, 2016 |
| NINE | August 30, 2016 |
| TEN | September 13, 2016 |
| ELEVEN | September 16, 2016 |
| TWELVE | December 15, 2016 |
| THIRTEEN | January 30, 2017 |

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNTS FOURTEEN through EIGHTEEN

The Grand Jury charges that:

1. On or about the following dates, in the Western District of Virginia and elsewhere, WESTLEY ADAM CONLEY, as a principal and aider and abettor, knowingly and intentionally distributed methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance:

USAO#2018R00074

| COUNT | DATE |
|---|---|
| FOURTEEN | August 30, 2016 |
| FIFTEEN | September 8, 2016 |
| SIXTEEN | September 20, 2016 |
| SEVENTEEN | September 21, 2016 |
| EIGHTEEN | September 27, 2016 |

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINETEEN

The Grand Jury charges that:

1. On or about January 6, 2017, in the Western District of Virginia and elsewhere, AMANDA CRYSTAL MOORE, as a principal and aider and abettor, knowingly and intentionally distributed and possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWENTY

The Grand Jury charges that:

1. On or about September 23, 2016, in the Western District of Virginia and elsewhere, MICHELLE RENEE BOARDWINE, as a principal and aider and abettor, knowingly and intentionally distributed methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance within one thousand feet of the real property comprising a public or private elementary, vocational, or secondary school.

USAO#2018R00074

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860.

A TRUE BILL, this 10th day of October, 2018.

/s/ Grand Jury Foreperson

*Thomas Cullen*/BR
THOMAS T. CULLEN
United States Attorney

*United States v. Jeremy Olinger, et. al.*
5